AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| ADAM RYAN OBEST | ) Case: 1:23-mj-00125 |
| DOB: XXXXXX | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 6/9/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. §§ 111(a)(1) and (b) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____06/09/2023____                                      _____
                                                                                                          *Judge's signature*

City and state: ____Washington, D.C.____      Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                           *Printed name and title*