# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| v. : | Case No. 1:23-MJ-00125 (MAU) |
| : | |
| Adam Obest, : | |
| *Defendant*. : | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the Defendant, Adam Obest, in the above-captioned case.

Dated: June 13, 2023                               Respectfully Submitted,

                                                                 /s/
                                           Samuel C. Moore
                                           District of Columbia Bar No. 1015060
                                           Law Office Samuel C. Moore, PLLC
                                           526 King St., Suite 506
                                           Alexandria, VA 22314
                                           Email: scmoore@scmoorelaw.com
                                           Phone: 703-535-7809